**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DALE THOMAS ANDERSON,                        No. C 10-02020 SBA (PR)

12                  Petitioner,                   **ORDER TO SHOW CAUSE**

13        v.

14   GARY HUDGEONS,
     Chief Probation Officer of El Dorado County,
15
                    Respondent.
16   _____/

17

18        Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28

19   U.S.C. § 2254.  He has paid the $5.00 filing fee.  It does not appear from the face of the petition that

     it is without merit.  Good cause appearing, the Court hereby issues the following orders:
20
          1.    The Clerk of the Court shall serve a copy of this Order and the petition and all
21
     attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State
22
     of California.[1]  The Clerk shall also serve a copy of this Order on Petitioner at his current address.
23
          2.    Respondent shall file with this Court and serve upon Petitioner, within **one-hundred**
24
     **and twenty (120) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5
25
     of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not
26
     be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state records
27

28
     _____
          [1]  Gary Hudgeons, Chief Probation Officer of El Dorado County, has been substituted as
     Respondent in this action.

**United States District Court**
For the Northern District of California

1  that have been transcribed previously and that are relevant to a determination of the issues presented

2  by the petition.

3       3.      If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with

4  the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer.  Should

5  Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days**

6  after the date Petitioner is served with Respondent's Answer.

7       4.      Respondent may file with this Court and serve upon Petitioner, within **sixty (60) days**

8  of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an Answer, as set

9  forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If

10  Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an

11  opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the

12  motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)**

13  **days** of receipt of any opposition.

14       5.      It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court

15  and Respondent informed of any change of address and must comply with the Court's orders in a

16  timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the

17  Court by mailing a true copy of the document to Respondent's counsel.

18       6.      Extensions of time are not favored, though reasonable extensions will be granted.

19  Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline

20  sought to be extended.

21       IT IS SO ORDERED.

22  DATED: 6/21/10

       SAUNDRA BROWN ARMSTRONG
23       United States District Judge

24

25

26

27

28

G:\PRO-SE\SBA\HC.10\Anderson2020.OSC.wpd    2

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  DALE THOMAS ANDERSON,                    Case Number: CV10-02020 SBA

7          Plaintiff,                        **CERTIFICATE OF SERVICE**

8    v.

9  EDMUND G. BROWN JR., ET AL. et al,

10          Defendant.
                                          /

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

13
    That on June 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said

14  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle

15  located in the Clerk's office.

16

17
    Dale T. Anderson

18  2159 Cardiff Circle
    El Dorado Hills, CA 95762

19
    Dated: June 22, 2010

20                                          Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\HC.10\Anderson2020.OSC.wpd3